| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Koeltl, John G | 2. Court or Organization U.S.D.C. Southern District-NY | 3. Date of Report 5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. Report Type (check appropriate type) ○ Nomination, Date ● Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address United States Courthouse 500 Pearl St. Room 1030 New York, New York 10007-1581 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. GENERAL PARTNER | PELF PARTNERS - REAL ESTATE PARTNERSHIP (PASSIVE) |
| 3. ADJUNCT LAW PROFESSOR | NY UNIVERSITY LAW SCHOOL |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2005 MAY 17 A 9: 12 FINANCIAL DISCLOSURE OFFICE RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | PELP PARTNERS - BUSINESS INCOME (ESTIMATED - 2004 K-1 NOT YET AVAILABLE) | 1000.00 |
| 2. | 2004 | NEW YORK UNIVERSITY - TEACHING | 10000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PELF PARTNERS | NEGATIVE BALANCE IN CAPITAL ACCOUNT. | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. COCA COLA - COMMON | B | Dividend | L | T | | | | | |
| 2. JOHNSON & JOHNSON - COMMON | C | Dividend | M | T | | | | | |
| 3. PFIZER INC. - COMMON | C | Dividend | M | T | Contrib. | 12/14 | J | C | Regis HS - Donee |
| 4. ROYAL DUTCH PETROLEUM - COMMON | C | Dividend | L | T | | | | | |
| 5. DAVIS NY VENTURE FUND CL B - MUTUAL FUND | | None | | | Sell | 07/27 | K | A | |
| 6. | | | | | Sell | 08/18 | L | A | |
| 7. AMERICAN WASHINGTON MUTUAL FUND INVST B - MUTUAL FUN | B | Dividend | L | T | Sell | 11/01 | J | A | |
| 8. MFS VALUE FUND CL B - MUTUAL FUND | A | Dividend | L | T | Buy | 12/31 | J | | |
| 9. PIMCO RENAISSANCE FUND CL B - MUTUAL FUND | | None | M | T | | | | | |
| 10. VAN KAMPEN COMSTOCK FUND CL B - MUTUAL FUND | A | Dividend | M | T | Buy | 12/31 | J | | |
| 11. PIMCO PEA VALUE FUND CL C - MUTUAL FUND | C | Dividend | M | T | Buy | 07/27 | K | | |
| 12. | | | | | Buy | 08/18 | L | | |
| 13. | | | | | Buy | 12/31 | J | | |
| 14. PIMCO EMERGING MKTS BOND FUND CL C - MUTUAL FUND | D | Dividend | M | T | Buy | 12/31 | J | | |
| 15. MERRILL LYNCH CMA MONEY FUND - N.Y.,N.Y. | A | Dividend | K | T | Sell | VAR | L | | Net Decrease To MM Fund |
| 16. N.Y. STATE DORM. AUTH. 5.3% MANHATTANVILLE ND DU 7/1/09 | B | Interest | K | T | | | | | |
| 17. N.Y. STATE MTG. AGY. BOND 5.2% DUE 10/1/10 | A | Interest | | | Sell | 02/02 | L | B | |
| 18. TRIBOR. BRIDGE & TUNNEL BOND 6.625% DUE 1/01/12 | B | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. TRIBOR. BRIDGE & TUNNEL BOND 5.5% DUE 1/1/17 | B | Interest | K | T | | | | | |
| 20. N.Y. STATE MTG AGY BOND 5.60% DUE 10/01/17 | B | Interest | K | T | | | | | |
| 21. N.Y STATE SER G BOND 5% DUE 08/01/15 | B | Interest | K | T | | | | | |
| 22. N.Y. STATE TRANS BOND 5% DUE 05/01/16 | B | Interest | K | T | | | | | |
| 23. N.Y. STATE SER C BOND 5.25% DUE 11/15/21 | B | Interest | K | T | | | | | |
| 24. N.Y. STATE DORM. AUTH. BOND 5% DUE 07/01/28 | B | Interest | K | T | | | | | |
| 25. N.Y. STATE TWY. AUTH. BOND SER. C 5.25% DUE 04/01/15 | C | Interest | L | T | | | | | |
| 26. N.Y. STATE SER C BOND 5% DUE 08/15/17 | B | Interest | K | T | | | | | |
| 27. N.Y. STATE MTG AGY BOND SER 80 5.10% DUE 10/01/17 | C | Interest | L | T | | | | | |
| 28. N.Y. STATE SER B BOND 5.25% DUE 08/01/20 | C | Interest | L | T | | | | | |
| 29. N.Y. STATE LOCAL GOV'T BOND 5% DUE 04/01/21 | A | Interest | | | Sell | 04/01 | J | A | |
| 30. N.Y. STATE SER F BOND 5% DUE 08/01/23 | B | Interest | K | T | | | | | |
| 31. TRIBOR. BRIDGE & TUNNEL BOND 5.25% DUE 01/01/28 | C | Interest | L | T | | | | | |
| 32. N.Y. STATE URBAN DEV BOND 5.25% DUE 01/01/15 | B | Interest | K | T | | | | | |
| 33. N.Y. STATE ENGY RESH BOND 5.5% DUE 01/01/21 | C | Interest | L | T | | | | | |
| 34. NEW YORK CITY MUN WTR BOND 5.125% DUE 06/15 1 | B | Interest | K | T | | | | | |
| 35. NEW YORK MUN WTR FIN BOND 5.50% DUE 06/15/23 | B | Interest | | | Sell | 06/15 | L | C | |
| 36. NEW YORK CITY MUN WTR BOND 5.50% DUE 06/15/23 | C | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. N.Y. STATE MTG ACGY REV BOND 5.05% DUE 10/01/17 | C | Interest | L | T | | | | | |
| 38. NY NY CY TRANSITNL BOND 5% DUE 05/01/25 | B | Interest | K | T | | | | | |
| 39. N.Y. STATE SER H BOND 5.125% DUE 08/01/25 | B | Interest | K | T | | | | | |
| 40. NY NY TRANSITNL AT BOND 5% DUE 05/01/26 | A | Interest | K | T | | | | | |
| 41. N.Y. CITY MUN WFA BOND 5% DUE 06/15/27 | C | Interest | M | T | | | | | |
| 42. N.Y. CITY MUN WTR BOND 5% DUE 06/15/29 | C | Interest | L | T | | | | | |
| 43. NY CITY IDA BOND 5% DUE 06/01/22 | C | Interest | L | T | | | | | |
| 44. N.Y. STATE URBAN DEV BOND 5% DUE 01/01/28 | B | Interest | K | T | | | | | |
| 45. NEW YORK NY TCRS BOND 5% DUE 03/15/29 | B | Interest | K | T | | | | | |
| 46. NY CITY CY TRANS BOND 5% DUE 05/01/31 | B | Interest | K | T | | | | | |
| 47. N.Y STATE SER C BOND 4.4% DUE 04/15/21 | B | Interest | K | T | | | | | |
| 48. N.Y. STATE NY SER F BOND 5.3% DUE 01/15/26 | C | Interest | L | T | | | | | |
| 49. N.Y. STATE DORM. AUTH. 4.75% REV ST JOHNS BOND DUE 07/01/28 | C | Interest | L | T | | | | | |
| 50. TRIBOR. BRIDGE & TUNNEL BOND 5% DUE 11/15/32 | C | Interest | L | T | | | | | |
| 51. NY NY TRANSITNL FIN AUTH BOND 4.75% DUE 01/01/2 | C | Interest | L | T | Buy | 01/02 | L | | |
| 52. NY NY CY TRANSTNL FIN ATRV BOND 5% DUE 02/01/33 | A | Interest | L | T | Buy | 05/14 | L | | |
| 53. CITIBANK CHECKING ACCOUNT - N.Y.,N.Y. | | None | J | T | | | | | |
| 54. MERRILL LYNCH (IRA ACCOUNT) - DAVIS NY VENTURE FUND - CL B | | None | | | Sell | 07/27 | J | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyers/sellers (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. MERRILL LYNCH (IRA ACCOUNT) - PIMCO PEA VALUE FUND C   C | A | Dividend | J | T | Buy | 07/27 | J | | |
| 56. MERRILL LYNCH (IRA ROLLOVER) - AIM INTL FUND | B | Dividend | M | T | Buy | 01/28 | L | | |
| 57. | | | | | Buy | 08/18 | L | | |
| 58. | | | | | Buy | 12/31 | J | | |
| 59. MERRILL LYNCH (IRA ROLLOVER) - AIM BLUE CHIP FUND CL B | | None | | | Sell | 01/28 | L | | |
| 60. | | | | | Sell | 08/18 | L | | |
| 61. MERRILL LYNCH (IRA ROLLOVER) - ALGER CAP. APPREC. FUND | | None | M | T | | | | | |
| 62. MERRILL LYNCH (IRA ROLLOVER) - AMER. FD WASHINGTON FUND CL B | D | Dividend | N | T | Buy | 12/31 | J | | |
| 63. MERRILL LYNCH (IRA ROLLOVER) - DAVIS NY VENTURE FUND CL B | A | Dividend | N | T | | | | | |
| 64. MERRILL LYNCH (IRA ROLLOVER) - PIMCO PEA VALUE FUND C   C | C | Dividend | M | T | Buy | 01/28 | L | | |
| 65. | | | | | Buy | 08/18 | L | | |
| 66. | | | | | Buy | 11/01 | J | | |
| 67. | | | | | Buy | 12/31 | J | | |
| 68. MERRILL LYNCH (IRA ROLLOVER) - PUTNAM INTL EQUITY FUND CL B | B | Dividend | M | T | Sell | 01/28 | K | | |
| 69. | | | | | Buy | 12/31 | J | | |
| 70. MERRILL LYNCH (IRA ROLLOVER) - PUTNAM INTL CAP OPP FUND CLB | B | Dividend | M | T | Sell | 08/18 | L | | |
| 71. | | | | | Buy | 12/31 | J | | |
| 72. MERRILL LYNCH(IRA ROLLOVER)-PUTNAM INTL CAP OPP FUND CL C | | None | | | Sell | 01/28 | K | D | |

| 1. | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. PELF PARTNERS - GENERAL PARTNERSHIP INTEREST | *SEE PART III* | | J | U | *SEE PART VI FOR LIABILITY DISCLOSED DUE TO NEGATIVE CAPITAL BALANCE* | | | | |
| 74. US TREASURY DIRECT - US TREASURY NOTES | B | Interest | L | T | | | | | SEE PART VIII COMMENT |
| 75. CITY & SUBURBAN-SAVINGS ACCT YONKERS, N.Y. | A | Interest | L | T | | | | | SEE PART VIII COMMENT |
| 76. HSBC BANK - MONEY MARKET ACCTS. - BUFFALO,N.Y. | A | Interest | L | T | | | | | SEE PART VIII COMMENT |
| 77. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Koeltl, John G | 5/10/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

PART VII - COMMENTS

1) INVESTMENTS REPORTED ON LINES 74, 75 & 76 RELATE TO A TREASURY NOTE ACCOUNT AND CASH ACCOUNTS HELD AT TWO BANKS ON WHICH I AM NAMED CO-OWNNER WITH ████████ AS A CONVENIENCE TO HER. THE ACCOU     WERE FUNDED COMPLETELY BY ████████ AND   LL EARNINGS ON THESE ACCOUNTS ARE REPORTED BY HER. DUE TO  MY LISTED ████ OWNERSHIP I AM REPORTING THE ACCOUNTS AND INCOME AT THE TOTAL VALUE.

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Koeltl, John G | 5/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, nd complete to the best of my knowledge nd belief, and th t ny information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify th t earned income from outside employment nd honoraria nd the acceptance of gifts which have been reported re in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, nd Judicial Conference regulations.

Signatur ████████████████████████        Date _5/10/05_

NOTE: ████████████████████ WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original nd 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544